# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 25123815**
**Date Processed: 06/27/2022**

| | |
|---|---|
| **Primary Contact:** | Joanna Cornwell<br>Convergint Technologies LLC<br>1 Commerce Dr<br>Schaumburg, IL 60173-5302 |
| **Electronic copy provided to:** | Katherine Zych<br>Christy Hohe<br>Jennifer Meid |
| **Entity:** | Convergint Technologies LLC<br>Entity ID Number  3788409 |
| **Entity Served:** | Convergint Technologies LLC |
| **Title of Action:** | Aventura Technologies, Inc. vs. Convergint Technologies LLC |
| **Matter Name/ID:** | Aventura Technologies, Inc. vs. Convergint Technologies LLC (12489008) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Nassau County Supreme Court, NY |
| **Case/Reference No:** | 606330/2022 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 06/21/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| **Sender Information:** | Gene Rosen's Law Firm<br>212-529-3600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X
AVENTURA TECHNOLOGIES, INC.,                          Index No. 606330/2022

                Plaintiff,                **NOTICE OF SERVICE**
                                            **OF SUMMONS ON A LIMITED**
- against -                                          **LIABILITY COMPANY UNDER**
                                            **LIMITED LIABILITY**
CONVERGINT TECHNOLOGIES LLC,                         **COMPANY LAW § 303(a)**

                Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE,** pursuant to CPLR § 3215(g)(4)(ii), that service of the Summons and Complaint in this action has been made on Defendant Convergint Technologies LLC pursuant to LLC § 303(a) on May 17, 2022. An additional service of the Summons and Complaint by mail is enclosed herewith.

Dated: Garden City, New York
       June 17, 2022

                                          <u>GENE ROSEN'S LAW FIRM</u>
                                          A PROFESSIONAL CORPORATION
                                          Attorneys for Plaintiff

                                          By: _____
                                          Gene W. Rosen, Esq.
                                          200 Garden City Plaza, Suite 405
                                          Garden City, New York 11530
                                          Tel (212) 529-3600 Ext. 101
                                          Fax (347) 578-8793
                                          <u>Gene@GeneRosen.com</u>

To:

Convergint Technologies LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NASSAU<br>-----------------------------------------------------------------X<br>AVENTURA TECHNOLOGIES, INC.,<br><br>                        Plaintiff,<br><br>  - against -<br><br>CONVERGINT TECHNOLOGIES LLC,<br><br>                        Defendant.<br>-----------------------------------------------------------------X | Index No.<br>Date Filed:<br><br>**SUMMONS**<br><br>Basis of venue designated:<br>Location of Plaintiff's principal office<br><br>Plaintiff's address:<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530 |

To the above-named Defendant:

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within 20 days after service of this Summons, exclusive of the day of service (or within 30 days after the service is completed if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Garden City, New York
        May 12, 2022

                                                  <u>GENE ROSEN'S LAW FIRM</u>
                                                  A PROFESSIONAL CORPORATION
                                                  Attorneys for Plaintiff

                                                  By: _____
                                                       Gene W. Rosen, Esq.
                                                       200 Garden City Plaza, Suite 405
                                                       Garden City, New York 11530
                                                       Tel (212) 529-3600 Ext. 101
                                                       Fax (347) 578-8793
                                                       Gene@GeneRosen.com

Defendant's address:

c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

**SEE COMPLAINT ANNEXED HERETO**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
AVENTURA TECHNOLOGIES, INC.,          Index No.

             Plaintiff,          **VERIFIED COMPLAINT**

- against -

CONVERGINT TECHNOLOGIES LLC,

             Defendant.
-------------------------------------------------------------------X

    Plaintiff, by its attorneys, Gene Rosen's Law Firm – A Professional Corporation, alleges the following complaint:

### THE PARTIES

1. At all times hereinafter mentioned, Plaintiff was and still is a corporation formed under the laws of the State of Delaware and duly authorized to do business in the State of New York.

2. At all times hereinafter mentioned, Defendant was and still is a limited liability company formed under the laws of the State of Delaware.

### JURISDICTION AND VENUE

3. Jurisdiction is proper under CPLR § 301 because the transactions and occurrences complained of herein took place in the State of New York.

4. Venue is proper under BCL § 402(a)(3) and CPLR § 503(c) because the office of Plaintiff is located in Nassau County.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Goods Sold and Delivered)

5. At the special instance and request of Defendant, from October 8, 2019 to October 23, 2019, Plaintiff sold and delivered camera system equipment and software to Defendant for which there remains a balance due and owing from Defendant to Plaintiff in the sum of $1,061,879.18.

## AS AND FOR A SECOND CAUSE OF ACTION
### (Account Stated)

6. From October 8, 2019 to October 23, 2019, Plaintiff sent statements of account to Defendant stating balances due from Defendant to Plaintiff in the sum total of $1,061,879.18, which statements Defendant received and retained without objection for a reasonable period of time and did not pay.

7. By reason of the foregoing, an account stated has been taken between the parties and Defendant owes Plaintiff the agreed upon sum of $1,061,879.18 with interest thereon from October 23, 2019.

## AS AND FOR A THIRD CAUSE OF ACTION
### (Unjust Enrichment in the Alternative)

8. By receiving and retaining goods from Plaintiff and not paying for them, Defendant has been unjustly enriched in the sum of $1,061,879.18 with interest thereon from October 23, 2019.

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against Defendant on the first, second, and third causes of action in the sum of $1,061,879.18 with interest thereon from October 23, 2019, together with the costs and disbursements of this action and any such other and further relief as the Court deems just.

Dated: Garden City, New York
       February 18, 2022

                                        GENE ROSEN'S LAW FIRM
                                        A PROFESSIONAL CORPORATION
                                        Attorneys for Plaintiff

                                        By: _____
                                            Gene W. Rosen, Esq.
                                            200 Garden City Plaza, Suite 405
                                            Garden City, New York 11530
                                            Tel (212) 529-3600 Ext. 101
                                            Fax (347) 578-8793
                                            Gene@GeneRosen.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X
AVENTURA TECHNOLOGIES, INC.,     Index No.

               Plaintiff,     **VERIFICATION**

   - against -

CONVERGINT TECHNOLOGIES LLC,

               Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NASSAU     )

JACK CABASSO, duly affirmed, deposes and says:

I am the Managing Director of Aventura Technologies, Inc.; I have read the foregoing complaint and know the contents thereof; that the same is true to my knowledge except those matters herein stated to be alleged upon information and belief, and as to those matters I believe them to be true. The grounds for my belief as to those matters herein not stated upon my knowledge is based upon the records in my possession.

                                                    _____
                                                       JACK CABASSO
                                                       Managing Director
                                                 Aventura Technologies, Inc.

Affirmed to before me on February 18, 2022

_____
Notary Public

         GENE W. ROSEN
  NOTARY PUBLIC, STATE OF NEW YORK
          NO. 02RO6172177
    QUALIFIED IN QUEENS COUNTY
  COMMISSION EXPIRES AUGUST 6, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------x
AVENTURA TECHNOLOGIES, INC.,

        Plaintiff/Petitioner,

- against -                                                    Index No.

CONVERGINT TECHNOLOGIES LLC,

        Defendant/Respondent.
-----------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
(Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**
    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If** you choose to participate in e-filing, you **must** have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

Page 1 of 2                                                    EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

    1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile; or

    2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

    For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: Garden City, New York
       February 18, 2022

GENE ROSEN'S LAW FIRM
A PROFESSIONAL CORPORATION
Attorneys for Plaintiff

By: _____
Gene W. Rosen, Esq.
200 Garden City Plaza, Suite 405
Garden City, New York 11530
Tel (212) 529-3600 Ext. 101
Fax (347) 578-8793
Gene@GeneRosen.com

To:

Convergint Technologies LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

6/6/18

Index #                        Page 2 of 2                       EFM-1

Gene Rosen's Law Firm - A Professional Corporation
200 Garden City Plaza, Suite 405
Garden City, NY 11530

MID-ISLAND NY  117

17 JUN 2022  PM 3 L

FOREVER / USA

Convergint Technologies LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

12207-254199