# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NO.  1:22-cv-04241

AVENTURA TECHNOLOGIES, INC.,

                Plaintiff,                              **CIVIL ACTION**

      -against-

CONVERGINT TECHNOLOGIES LLC,

                Defendant

## <u>DECLARATION OF JOANNA CORNWELL</u>

STATE OF ILLINOIS       )
                           )    ss.:
COUNTY OF COOK      )

JOANNA CORNWELL, being duly sworn, deposes and says:

1.  I am employed as the Assistant General Counsel for Convergint Technologies LLC (hereinafter "Convergint"). I have held this position since August 24, 2022. As part of my duties, I am familiar with the day-to-day legal operations of Convergint. As such, I am familiar with the facts set forth below based upon my personal knowledge and review of the records related to this action.

2.  As part of my role as Assistant General Counsel, I manage litigation claims, including summons and complaints, served on Convergint.

3.  Plaintiff's Summons and Complaint, bearing Index No. 606330/2022 was served on Convergint's registered agent, Corporation Service Company on June 21, 2022. The first notice Convergint received of Plaintiff's suit against it, and the first time Convergint received a copy of Plaintiff's Summons and Complaint was on June 27, 2022, after Corporation Service Company emailed me an alert with the link to the Summons and

Complaint. *See* Ex. 1, June 27, 2022, Notice of Service of Process, sent from Corporation Service Company to Joanna Cornwell.

I declare under penalty of perjury under the laws of the United States of America as well as under the laws of the State of New York that the foregoing is true and correct, and that this Declaration was executed on this 15 day of July 2022 at One Commerce Drive, Schaumburg, Illinois.

JOANNA CORNWELL

Sworn to before me this ___15___
day of ___July___, 2022.

Notary Public

JENNIE CHUNG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 24, 2026